UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NVR BRANDING CORPORATION,
d/b/a Fox Cities Embroidery,

        Plaintiff,

        v.                                  Case No. 23-C-722

TRAVIS KORTH and
YEOMANS, INC.,
d/b/a Sports World,

        Defendants.

## ORDER REGARDING SUBJECT-MATTER JURISDICTION

       This case is procedurally unique. Plaintiff NVR Branding Corporation removed this action from state court on June 6, 2023, after filing its First Amended Complaint that included a claim for copyright infringement. The case came on for a Telephone Status Conference on September 27, 2024. During that hearing, Defendant Yeomans, Inc. d/b/a SportsWorld (SportsWorld) expressed concern that this court lacked subject-matter jurisdiction. Accordingly, the court ordered the parties to show cause as to whether the case should be dismissed for lack of subject-matter jurisdiction.

       Having considered the parties' briefs, the court is satisfied that subject-matter jurisdiction exists. *See* Dkt. Nos. 34 & 35. Plaintiff's removal under 28 U.S.C. § 1454 seems permissible, and Defendants did not timely file a motion for remand under 28 U.S.C. § 1447(c). And despite maintaining that Plaintiff's removal was erroneous, SportsWorld concedes that this court has subject-matter jurisdiction even if Plaintiff did not register its work prior to suing for copyright infringement. *Reed Elsevier, Inc. v. Muchnick*, 559 U.S. 154, 157 (2010). As such, this court has

subject-matter jurisdiction, and the case may proceed. The Clerk is directed to set this case on for further scheduling.

**SO ORDERED** at Green Bay, Wisconsin this 2nd day of December, 2024.

s/ William C. Griesbach<br>
William C. Griesbach<br>
United States District Judge